UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>CHARLES TRALKA, THOMAS BRAEGELMANN, MATTHEW SULLIVAN, JORDAN E. GOODMAN, ROBERT L. BARR, and GOOD STEWARD CAPITAL MANAGEMENT, INC.,<br><br>　　　　Defendants,<br><br>　　　　And<br><br>SECURED REAL ESTATE INCOME FUND I, LLC and SECURED REAL ESTATE INCOME STRATEGIES, LLC,<br><br>　　　　Relief Defendants. | Case No. 5:23-cv-04958-EKL<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND PRE-TRIAL AND TRIAL DATES<br><br>**AS MODIFIED** |

1

The Court, having read and considered the parties' joint stipulation to extend the pre-trial and trial dates, finds there is good cause for the modification of the Case Management order (Dkt. No. 29), and the stipulation is HEREBY GRANTED.

IT IS HEREBY ORDERED that the pre-trial and trial deadlines be extended as follows:

| Event | Current Date or Deadline | Proposed Date or Deadline |
|---|---|---|
| Fact discovery cutoff | Friday, October 25, 2024 | Friday, February 7, 2025 |
| Last date for disclosure of topics of any expert reports a party will offer | Friday, September 27, 2024 | Friday, January 10, 2025 |
| Second Settlement Conference | November 7, 2024 | March 2025, with the exact date to be decided following consultation with the chambers of Magistrate Judge Jospeh C. Spero |
| Initial expert reports and disclosures | Monday, December 9, 2024 | Monday, March 24, 2025 |
| Rebuttal expert reports | Wednesday, January 8, 2025 | Wednesday, April 23, 2025 |
| Expert discovery cutoff | Friday February 7, 2025 | Friday, May 23, 2025 |
| Amend Complaint pursuant to FRCP 15(a)(2) | N/A | Friday, May 23, 2025 |
| Last day to file dispositive motions | Tuesday, April 8, 2025 | Tuesday, July 22, 2025 |
| Last Day to Hear Dispositive Motions | Thursday, May 22, 2025 | Thursday, September 4, 2025 |
| Final Pretrial Conference | Thursday, August 28, 2025 | ~~Thursday,~~ Weds. 12/10/25 2:30pm December ~~11~~, 2025 |

| Trial Commencement | Monday, September 29, 2025 | Monday, February 2, 2026 |
|---|---|---|

Further Case Management Conference set for January 22, 2025 at 1:30pm by Zoom.

Dated: ~~August ___,~~ 2024

September 12, 2024

_____
THE HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE

Presented by:
Daniel S. Lim
Attorney for Plaintiff
Securities and Exchange Commission