# EXHIBIT A

## to Unopposed Request for Extension of Time to Disclose Potential Expert Report Topics

Matthew R. Lewis (324812)
Taylor J. Smith (admitted *pro hac vice*)
**KUNZLER BEAN & ADAMSON, PC**
4225 Executive Square, Suite 600
La Jolla, CA 92017
Telephone: (619) 365-9110
mlewis@kba.law
tsmith@kba.law

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLES TRALKA, THOMAS BRAEGELMANN, MATTHEW SULLIVAN, JORDAN E. GOODMAN, ROBERT L. BARR, and GOOD STEWARD CAPITAL MANAGEMENT, INC.,<br><br>    Defendants,<br><br>and<br><br>SECURED REAL ESTATE INCOME FUND I, LLC and SECURED REAL ESTATE INCOME STRATEGIES, LLC,<br><br>    Relief Defendants. | Case No.: 5:23-cv-04958-EKL<br>Judge: Eumi K. Lee<br>Magistrate Judge: Nathanael M. Cousins<br><br>**DECLARATION OF TAYLOR J. SMITH IN SUPPORT OF UNOPPOSED REQUEST FOR EXTENSION OF TIME TO DISCLOSE POTENTIAL EXPERT REPORT TOPICS** |

I, Taylor J. Smith, declare as follows:

1. I am associate counsel for Named Defendants Charles Tralka, Thomas Braegelmann, Matthew Sullivan, Robert L. Barr, and Good Steward Capital Management, Inc., and Relief Defendants Secured Real Estate Income Fund I, LLC and Secured Real Estate Income Strategies, LLC (Named Defendants, together with Relief Defendants, referred to as "Defendants").

///

2. On September 9, 2024, the Court entered an Order Granting Joint Stipulation to Modify Scheduling Order to Extend Pre-Trial and Trial Dates (ECF No. 42), setting the Fact Discovery Cutoff on February 7, 2025.

3. Subsequently, the parties agreed, and the Court ordered, that the Fact Discovery Cutoff be extended until March 24, 2025.

4. At that time, Defendants were focused on extending the Fact Discovery Cutoff and overlooked the need to consider and request stipulation to extension of the deadline to make disclosures regarding potential topics of expert reports, which originally fell on January 10, 2025.

5. Since that time, it has become apparent that additional fact discovery will aid in ensuring fulsome and accurate disclosures of potential topics of expert reports.

6. If the deadline is not extended, then Defendants will be substantially harmed and prejudiced by a requirement to prematurely designate and disclose potential topics of expert reports, notwithstanding the active state of fact discovery and the possibility that additional factual developments may necessitate the need for additional topics of expert reports, which would not be allowed under the current deadline.

7. For these reasons, Defendants have requested a 60-day extension of the deadline to make disclosures regarding potential topics of expert reports, from January 10, 2025, to Tuesday, March 11, 2025.

8. Defendants contacted Plaintiff on Thursday, January 9, 2025, regarding a potential extension for the time to make the aforementioned disclosures.

9. While the parties could not come to an agreement on a stipulation due to a difference of opinion on the time needed to make disclosures of topics of expert reports, Plaintiff does not object to the motion.

10. Accordingly, Defendants have filed the Unopposed Request for Extension of Time to Disclose Potential Expert Report Topics (ECF No. 49), to which this Declaration has been attached.

///

11.    The filing requests that the previous Court-entered deadline requiring the parties to make disclosures regarding potential topics of expert reports by January 10, 2025, be extended by 60 days until Tuesday, March 11, 2025.

12.    As required by rule, in addition to those extensions described above, Defendants also disclose that they previously sought and received an extension of time to submit a counter-proposal of settlement (ECF No. 36; ECF No. 37).

13.    Further, the parties stipulated to a modified scheduling order, which was then entered by the Court. (ECF No. 40; ECF No. 42).

14.    The stipulated extension does not currently impact on any other dates that have been scheduled in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: January 10, 2025.

*/s/ Taylor J. Smith*
Taylor J. Smith

**PROOF OF SERVICE**

I, Michelle Hansen, am a citizen of the United States and employed in Salt Lake County, Utah. I am over eighteen (18) years of age and not a party to this action. My business address is 50 West Broadway, 10th Floor, Salt Lake City, Utah 84111. My email address is mhansen@kba.law.

On January 10, 2025, I hereby certify that a true and correct copy of the foregoing **DECLARATION OF TAYLOR J. SMITH IN SUPPORT OF UNOPPOSED REQUEST FOR EXTENSION OF TIME TO DISCLOSE POTENTIAL EXPERT REPORT TOPICS** was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon the following interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF:

| | |
|---|---|
| Daniel O. Blau (CA Bar No. 305008)<br>Daniel Lim (CA Bar No. 292406)<br>Jacob Regenstreif (CA Bar No. 234734)<br>**SECURITIES AND EXCHANGE COMMISSION**<br>Katharine E. Zoladz, Regional Director<br>Douglas Miller, Regional Trial Counsel<br>444 S. Flower Street, Suite 900<br>Los Angeles, California 90071<br>Telephone: (323) 965-3998<br>Facsimile: (213) 443-1904<br>Email: BlauD@sec.gov<br>Email: LimDa@sec.gov<br>Email: RegenstreifJ@sec.gov<br><br>*Attorneys for Plaintiff Securities and Exchange Commission* | Jordan E. Goodman<br>11 Moorefield Court<br>Durham, North Carolina 27705<br>Email: jordan@moneyanswers.com<br><br>*Pro Se* |

| | |
|---|---|
| X | **By E-mail or Electronic Transmissions.** I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |
| X | **STATE:** I declare under penalty of perjury under the laws of the State of California that this is true and correct. |

Executed on January 10, 2025, at Salt Lake City, Utah.

/s/ Michelle Hansen
Michelle Hansen