DANIEL BLAU (Cal. Bar No. 305008)
BlauD@sec.gov
DANIEL LIM (Cal. Bar No. 292406)
LimD@sec.gov
JACOB REGENSTREIF (Cal. Bar No. 234734)
RegenstreifJ@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Brent Wilner, Associate Director
Douglas M. Miller, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES TRALKA, THOMAS BRAEGELMANN, MATTHEW SULLIVAN, JORDAN E. GOODMAN, ROBERT L. BARR, and GOOD STEWARD CAPITAL MANAGEMENT, INC., <br><br> Defendants, <br><br> And <br><br> SECURED REAL ESTATE INCOME FUND I, LLC and SECURED REAL ESTATE INCOME STRATEGIES, LLC, <br><br> Relief Defendants. | Case No. 5:23-cv-04958-EKL <br><br> **MOTION FOR ENTRY OF JUDGMENT BY CONSENT** |

Pursuant to Civil Local Rule 7-11, Plaintiff Securities and Exchange Commission ("Commission") hereby respectfully moves for entry of Judgement against Defendants Charles Tralka, Thomas Braegelmann, and Matthew Sullivan, and Relief Defendant Secured Real Estate Income Fund I, LLC ("Defendants"). The proposed Judgments are attached hereto as Exhibits 2, 4, 6, and 8, respectively. Defendants have each consented to entry of the proposed Judgments in the Consents attached hereto as Exhibits 1, 3, 5, and 7, respectively.

The proposed Judgments, if entered by the Court, will resolve this litigation as to Defendants.

In addition, by their Consents, Defendants each waive service of the Summons and Complaint in this action; enters a general appearance; and admits the Court's jurisdiction over him/it and the subject matter of this action.

Accordingly, the Commission respectfully requests that the Court enter the attached proposed and consented-to Judgments.

Dated: June 12, 2025

Respectfully submitted,

/s/ *Daniel Lim*
Daniel O. Blau
Jacob Regenstreif
Daniel Lim
Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION

MOTION FOR ENTRY OF JUDGMENT BY CONSENT

1

CERTIFICATE OF SERVICE

I hereby certify that I served the following Motion for Entry of Judgment by Consent and attachments by email and mail on June 12, 2025, to the following Defendant:

Jordan E. Goodman
11 Moorefield Court
Durham, North Carolina 27705
jordan@moneyanswers.com

/s/ *Daniel Lim*
Daniel Lim