DANIEL BLAU (Cal. Bar No. 305008)
BlauD@sec.gov
DANIEL LIM (Cal. Bar No. 292406)
LimD@sec.gov
JACOB REGENSTREIF (Cal. Bar No. 234734)
RegenstreifJ@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Brent Wilner, Associate Director
Douglas M. Miller, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>CHARLES TRALKA, THOMAS BRAEGELMANN, MATTHEW SULLIVAN, JORDAN E. GOODMAN, ROBERT L. BARR, and GOOD STEWARD CAPITAL MANAGEMENT, INC.,<br><br>　　　　Defendants,<br><br>　　　　And<br><br>SECURED REAL ESTATE INCOME FUND I, LLC and SECURED REAL ESTATE INCOME STRATEGIES, LLC,<br><br>　　　　Relief Defendants. | Case No. 5:23-cv-04958-EKL<br><br>**STATUS REPORT REGARDING RESOLUTION OF CASE** |

1  On May 16, 2025, the Court issued a stipulated order requiring the Securities and Exchange Commission ("SEC") to file a status report regarding the proposed resolution of this case by June 30, 2025, if no settlement has been filed by that date. (Dkt. No. 58.)

On June 12, 2025, the SEC filed a motion for entry of judgments by consent (Dkt. No. 59), attaching signed Consent Agreements and corresponding Proposed Final Judgments for Defendants Charles Tralka, Thomas Braegelmann, and Matthew Sullivan, and Relief Defendant Secured Real Estate Income Fund I, LLC.

The SEC has also reached agreements resolving claims with respect to the remaining parties, *i.e.*, Defendant Robert Barr, Defendant Good Steward Capital Management, Inc., and Relief Defendant Secured Real Estate Income Strategies, LLC.

After the Court enters the aforementioned Final Judgments against Defendants Charles Tralka, Thomas Braegelmann, and Matthew Sullivan, and Relief Defendant Secured Real Estate Income Fund I, LLC, the parties intend to file a stipulation resolving this matter with respect to the remaining claims and parties in this case.

Dated: June 30, 2025

Respectfully submitted,

/s/ *Daniel Blau*
Daniel O. Blau
Jacob Regenstreif
Daniel Lim
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On June 30, 2025, I caused to be served the document entitled **STATUS REPORT REGARDING RESOLUTION OF CASE** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 30, 2025                    */s/ Daniel Blau*
                                        Daniel Blau

1

*SEC v. Charles Tralka, et al.*
United States District Court—Northern District of California
San Jose Division
Case No. 5:23-cv-04958-EKL

**SERVICE LIST**

J. Martin Tate – By ECF
mtate@kba.law
Taylor J. Smith
tsmith@kba.law
Kunzler Bean Adamson, LLP
50 West Broadway, Suite 1000
Salt Lake City, UT 84101
(801) 994-4646

Matthew R. Lewis – By ECF
mlewis@kba.law
Kunzler Bean Adamson, LLP
4225 Executive Square, Suite 600
La Jolla, CA 92017
(619) 994-365-9110

*Attorneys for Defendants Charles Tralka. Thomas Braegelmann, Matthew Sullivan, Robert L. Barr, and Good Steward Capital Management, Inc., and Relief Defendants Secured Real Estate Income Fund 1, LLC and Secured Real Estate Income Strategies, LLC*