DANIEL BLAU (Cal. Bar No. 305008)
BlauD@sec.gov
DANIEL LIM (Cal. Bar No. 292406)
LimDa@sec.gov
JACOB REGENSTREIF (Cal. Bar No. 234734)
RegenstreifJ@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Brent Wilner, Associate Director
Douglas M. Miller, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES TRALKA, THOMAS BRAEGELMANN, MATTHEW SULLIVAN, JORDAN E. GOODMAN, ROBERT L. BARR, and GOOD STEWARD CAPITAL MANAGEMENT, INC.,<br><br>Defendants,<br><br>And<br><br>SECURED REAL ESTATE INCOME FUND I, LLC and SECURED REAL ESTATE INCOME STRATEGIES, LLC,<br><br>Relief Defendants. | Case No. 5:23-cv-04958-EKL<br><br>**STIPULATION TO VOLUNTARILY DISMISS ACTION AGAINST DEFENDANT ROBERT L. BARR, DEFENDANT GOOD STEWARD CAPITAL MANAGEMENT, INC., AND RELIEF DEFENDANT SECURED REAL ESTATE INCOME STRATEGIES, LLC, AND CERTAIN CLAIMS AGAINST DEFENDANTS CHARLES TRALKA, THOMAS BRAEGELMANN AND MATTHEW SULLIVAN** |

Plaintiff Securities and Exchange Commission ("SEC"), by and through its counsel of record, Daniel S. Lim, and Defendant Charles Tralka ("Tralka"), Defendant Thomas Braegelmann ("Braegelmann"), Defendant Matthew Sullivan ("Sullivan"), Defendant Robert Barr ("Barr"), and Defendant Good Steward Capital Management, Inc. ("Good Steward") (collectively, "Defendants"), as well as Relief Defendant Secured Real Estate Income Fund I, LLC ("Income Fund") and Relief Defendant Secured Real Estate Income Strategies, LLC ("Income Strategies") (collectively, "Relief Defendants"), by and through their counsel of record, Matthew Lewis, hereby jointly stipulate and agree as follows:[1]

1.     WHEREAS, on September 27, 2023, the SEC filed a Complaint alleging Defendants Tralka, Braegelmann, Sullivan, Goodman, Good Steward, and Barr violated the federal securities laws.  Specifically, the complaint alleged that: Tralka, Braegelmann, and Sullivan violated Sections 5(a), 5(c), and 17(a)(1) and (3) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. §§ 77t(b), 77t(d), and 77v(a)] and Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. §§ 78u(d), 78u(e), and 78aa] and Rules 10b-5 thereunder; Goodman violated Sections 5(a) and 5(c) of the Securities Act; and Good Steward and Barr violated Sections 17(a)(1) and (3) of the Securities Act and Section 10(b) of the Exchange Act and Rules 10b-5 thereunder.  The Complaint also alleged unjust enrichment claims against the Relief Defendants.

2.     WHEREAS, on June 12, 2025, the SEC filed a motion for entry of judgment by consent, attaching final settlement agreements and proposed final judgements with respect to Tralka, Braegelmann, Sullivan, and Income Fund.  (Dkt. No. 59.)

3.     WHEREAS, on October 1, 2025, the Court entered Final Judgments

---

[1] The Court has already entered a final judgment with respect to Defendant Jordan Goodman.  (Dkt. No. 46.)

1

against Tralka, Braegelmann, and Sullivan, ordering injunctive and monetary relief related to the SEC's claims against Tralka, Braegelmann, and Sullivan under Sections 5(a) and 5(c) of the Securities Act.

4.    WHEREAS, on October 1, 2025, the Court also entered Final Judgment against Income Fund ordering monetary relief related to the SEC's claim against Income Fund for unjust enrichment.

5.    WHEREAS, Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a plaintiff may dismiss an action with respect to a party without a court order by filing "a stipulation of dismissal signed by all parties who have appeared" in the action.

6.    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, namely the SEC, Defendants and Relief Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the SEC's action against Barr, Good Steward, and Income Strategies and all underlying claims against them shall be dismissed with prejudice.

///

///

///

2

7.    NOW, THEREFORE, IT IS HEREBY FURTHER STIPULATED AND AGREED by the parties, namely the SEC, Defendants and Relief Defendants, subject to the Court's approval, that the SEC's remaining claims against Tralka, Braegelmann, and Sullivan—under 17(a)(1) and (3) of the Securities Act [15 U.S.C. §§ 77t(b), 77t(d), and 77v(a)], Section 10(b) of the Exchange Act [15 U.S.C. §§ 78u(d), 78u(e), and 78aa] and Rules 10b-5 thereunder—shall also be dismissed with prejudice.

Dated: October 15, 2025                    Respectfully submitted,


                                           /s/ Daniel S. Lim

                                           DANIEL S. LIM
                                           Attorney for Plaintiff
                                           Securities and Exchange Commission


Dated:  October 15, 2025


                                           /s/ Taylor J. Smith with email
                                           authorization on 10/14/25

                                           Matthew R. Lewis
                                           Taylor J. Smith
                                           Counsel for Defendant Charles Tralka,
                                           Defendant Thomas Braegelmann,
                                           Defendant Matthew Sullivan, Defendant
                                           Robert Barr, Defendant Good Steward
                                           Capital Management, Inc., Relief
                                           Defendant Secured Real Estate Income
                                           Fund I, LLC, and Relief Defendant
                                           Secured Real Estate Income Strategies,
                                           LLC

3

**LOCAL RULE 5-1(i)(3) CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), I, Daniel S. Lim, attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 15, 2025

/s/ Daniel S. Lim
Daniel S. Lim
Counsel for Plaintiff
Securities and Exchange Commission