# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

CHARLES TRALKA, THOMAS BRAEGELMANN, MATTHEW SULLIVAN, JORDAN E. GOODMAN, ROBERT L. BARR, and GOOD STEWARD CAPITAL MANAGEMENT, INC.,

Defendants,

And

SECURED REAL ESTATE INCOME FUND I, LLC and SECURED REAL ESTATE INCOME STRATEGIES, LLC,

Relief Defendants.

Case No. 5:23-cv-04958-EKL

**[PROPOSED] ORDER DISMISSING ACTION AGAINST DEFENDANT ROBERT L. BARR, DEFENDANT GOOD STEWARD CAPITAL MANAGEMENT, INC., AND RELIEF DEFENDANT SECURED REAL ESTATE INCOME STRATEGIES, LLC, AND DISMISSING CERTAIN CLAIMS AGAINST DEFENDANTS CHARLES TRALKA, THOMAS BRAEGELMANN AND MATTHEW SULLIVAN**

The Court, having read and considered the parties' Stipulation to Voluntarily Dismiss Action Against Defendant Robert L. Barr, Defendant Good Steward Capital Management, Inc., and Relief Defendant Secured Real Estate Income Strategies, LLC, and Certain Claims Against Defendants Charles Tralka, Thomas Braegelmann and Matthew Sullivan, finds there is good cause for the dismissals and the stipulation is GRANTED.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the SEC's actions against Defendant Robert Barr, Defendant Good Steward Capital Management, Inc., and Relief Defendant Secured Real Estate Income Strategies, LLC have been dismissed with prejudice by the parties by stipulation, and they have requested that all remaining claims against Tralka, Braegelmann, and Sullivan other than those claims to which they have consented to judgments be entered against them, should also be dismissed.

WHEREFORE, IT IS HEREBY ORDERED that, in light of the Final Judgments entered against Tralka, Braegelmann, Sullivan, related to the SEC's claims under Sections 5(a) and 5(c) of the Securities Act and in light of the Final Judgment entered against Income Fund related to the SEC's claim for unjust enrichment, the SEC's remaining claims against Tralka, Braegelmann, and Sullivan—under 17(a)(1) and (3) of the Securities Act [15 U.S.C. §§ 77t(b), 77t(d), and 77v(a)], Section 10(b) of the Exchange Act [15 U.S.C. §§ 78u(d), 78u(e), and 78aa] and Rule 10b-5—thereunder are also dismissed with prejudice.

IT IS SO ORDERED.

Dated: October ___, 2025

_____
THE HON. EUMI K. LEE
UNITED STATES DISTRICT JUDGE

Presented by:
Daniel S. Lim
Attorney for Plaintiff
Securities and Exchange Commission

1